UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK BAY CAPITAL, LLC, | : | |
| Plaintiff, | : | Case No. 1:19-cv-03618-GHW |
| v. | : | |
| COBALT HOLDINGS, INC., | : | **SUBSTITUTION OF COUNSEL** |
| Defendant. | : | |

Notice is hereby given that, subject to approval by the Court, defendant Cobalt Holdings, Inc. substitutes Becker & Poliakoff, LLP as counsel of record in place of Reed Smith LLP.

**REED SMITH LLP**

By: _/s/ John Christian Scalzo_
John Christian Scalzo, Esq.
*Withdrawing* Attorneys for Defendant
Cobalt Holdings, Inc.
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com

Dated: December 23, 2019

**DUANE MORRIS LLP**

By:_____
Evan Michailidis, Esq.
Attorneys for Plaintiff
New York Bay Capital, LLC
1540 Broadway
New York, NY 10036
(212) 471-1864
EMichailidis@duanemorris.com

Dated: December __, 2019

**BECKER & POLIAKOFF, LLP**

By: _/s/_
James J. Mahon, Esq.
*Superseding* Attorneys for Defendant
Cobalt Holdings, Inc.
45 Broadway, 17th Floor
New York, NY 10006
(212) 599-3322
jmahon@beckerlawyers.com

Dated: December 23, 2019

**CECCARELLI LAW FIRM PLLC**

By:_____
Joseph J. Ceccarelli, Esq.
Attorneys for Plaintiff
New York Bay Capital, LLC
48 Wall Street, 11th Floor
New York, NY 10005
(212) 889-3675
jceccarelli@ceccarellilaw.com

Dated: December __, 2019

{N0242720 }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK BAY CAPITAL, LLC,

                Plaintiff,

v.

COBALT HOLDINGS, INC.,

                Defendant.

Case No. 1:19-cv-03618-GHW

**SUBSTITUTION OF COUNSEL**

---

Notice is hereby given that, subject to approval by the Court, defendant Cobalt Holdings, Inc. substitutes Becker & Poliakoff, LLP as counsel of record in place of Reed Smith LLP.

**REED SMITH LLP**

By:_____
John Christian Scalzo
*Withdrawing* Attorneys for Defendant
Cobalt Holdings, Inc.
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com

Dated: December __, 2019

**DUANE MORRIS LLP**

By: *Evan Michailidis* (signed)
Evan Michailidis
Attorneys for Plaintiff
New York Bay Capital, LLC
1540 Broadway
New York, NY 10036
(212) 471-1864
EMichailidis@duanemorris.com

Dated: December 23, 2019

**BECKER & POLIAKOFF, LLP**

By:_____
James J. Mahon
*Superseding* Attorneys for Defendant
Cobalt Holdings, Inc.
45 Broadway, 17th Floor
New York, NY 10006
(212) 599-3322
jmahon@beckerlawyers.com

Dated: December __, 2019

**CECCARELLI LAW FIRM PLLC**

By: (signed)
Joseph J. Ceccarelli
Attorneys for Plaintiff
New York Bay Capital, LLC
48 Wall Street, 11th Floor
New York, NY 10005
(212) 889-3675
jceccarelli@ceccarellilaw.com

Dated: December 23, 2019

1

COBALT HOLDINGS, INC.

By: _____
Paul Moore, Chief Executive Officer

Dated: December **23**, 2019

STATE OF ILLINOIS     )
                      )SS:
COUNTY OF  **LAKE**    )

    On the **23** day of December, 2019 before me, the undersigned, a Notary Public in and for said State, personally appeared Paul Moore, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signatures on the instrument, the individual, or the person upon behalf of which the individual acted, executed the Substitution of Counsel.

_____
NOTARY PUBLIC

JILL B PEARRE
Official Seal
Notary Public · State of Illinois
My Commission Expires Aug 29, 2023

**SO ORDERED.**

_____
Hon. Gregory H. Woods, U.S.D.J.

{N0242720 }