USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK BAY CAPITAL, LLC,

            Plaintiff,

v.

COBALT HOLDINGS, INC.,

           Defendant.

Case No. 1:19-cv-03618-GHW

**SUBSTITUTION OF COUNSEL**

---

    Notice is hereby given that, subject to approval by the Court, defendant Cobalt Holdings, Inc. substitutes Becker & Poliakoff, LLP as counsel of record in place of Reed Smith LLP.

**REED SMITH LLP**

By: _/s/ John Christian Scalzo_
    John Christian Scalzo, Esq.
    *Withdrawing* Attorneys for Defendant
    Cobalt Holdings, Inc.
    599 Lexington Avenue
    New York, NY 10022
    (212) 521-5400
    jscalzo@reedsmith.com

Dated: December 23, 2019

**DUANE MORRIS LLP**

By:_____
    Evan Michailidis, Esq.
    Attorneys for Plaintiff
    New York Bay Capital, LLC
    1540 Broadway
    New York, NY 10036
    (212) 471-1864
    EMichailidis@duanemorris.com

Dated: December __, 2019

**BECKER & POLIAKOFF, LLP**

By: _/s/_
    James J. Mahon, Esq.
    *Superseding* Attorneys for Defendant
    Cobalt Holdings, Inc.
    45 Broadway, 17th Floor
    New York, NY 10006
    (212) 599-3322
    jmahon@beckerlawyers.com

Dated: December 23, 2019

**CECCARELLI LAW FIRM PLLC**

By:_____
    Joseph J. Ceccarelli, Esq.
    Attorneys for Plaintiff
    New York Bay Capital, LLC
    48 Wall Street, 11th Floor
    New York, NY 10005
    (212) 889-3675
    jceccarelli@ceccarellilaw.com

Dated: December __, 2019

{N0242720}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK BAY CAPITAL, LLC,

    Plaintiff,

v.

COBALT HOLDINGS, INC.,

    Defendant.

Case No. 1:19-cv-03618-GHW

**SUBSTITUTION OF COUNSEL**

---

Notice is hereby given that, subject to approval by the Court, defendant Cobalt Holdings, Inc. substitutes Becker & Poliakoff, LLP as counsel of record in place of Reed Smith LLP.

**REED SMITH LLP**

By:_____
John Christian Scalzo
*Withdrawing* Attorneys for Defendant
Cobalt Holdings, Inc.
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com

Dated: December ___, 2019

**DUANE MORRIS LLP**

By: /s/ Evan Michailidis
Evan Michailidis
Attorneys for Plaintiff
New York Bay Capital, LLC
1540 Broadway
New York, NY 10036
(212) 471-1864
EMichailidis@duanemorris.com

Dated: December 23, 2019

**BECKER & POLIAKOFF, LLP**

By:_____
James J. Mahon
*Superseding* Attorneys for Defendant
Cobalt Holdings, Inc.
45 Broadway, 17th Floor
New York, NY 10006
(212) 599-3322
jmahon@beckerlawyers.com

Dated: December ___, 2019

**CECCARELLI LAW FIRM PLLC**

By: /s/ Joseph J. Ceccarelli
Joseph J. Ceccarelli
Attorneys for Plaintiff
New York Bay Capital, LLC
48 Wall Street, 11th Floor
New York, NY 10005
(212) 889-3675
jceccarelli@ceccarellilaw.com

Dated: December 23, 2019

1

COBALT HOLDINGS, INC.

By: _____
Paul Moore, Chief Executive Officer

Dated: December 23, 2019

STATE OF ILLINOIS        )
                         )SS:
COUNTY OF LAKE           )

On the 23 day of December, 2019 before me, the undersigned, a Notary Public in and for said State, personally appeared Paul Moore, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signatures on the instrument, the individual, or the person upon behalf of which the individual acted, executed the Substitution of Counsel.

_____
NOTARY PUBLIC

JILL B PEARRE
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 29, 2023

Application granted.  Reed Smith LLP is granted leave to withdraw as counsel for Defendant.  The Clerk of Court is directed to remove John Christian Scalzo and Nicole L. Lech from the list of counsel in this case.

SO ORDERED.

Dated: December 26, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge

{N0242720 }