DUANE MORRIS LLP
Evangelos Michailidis
1540 Broadway
New York, New York 10036
Phone: (212) 471-1864
Email: emichailidis@duanemorris.com
*Attorneys for Plaintiff New York Bay Capital, LLC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
New York Bay Capital, LLC,

                Plaintiff,             Case No. 1:19-cv-03618-GHW

      -vs-

Cobalt Holdings, Inc.,             **DECLARATION**

                Defendant.
-------------------------------------------------------------------X

     Evangelos Michailidis, an attorney admitted to the practice of law before the courts of the State of New York, and not a party to the above-entitled cause, declares the following to be true under the penalties of perjury pursuant to 28 U.S.C. § 1746.

     1.    I am a partner at the law firm of Duane Morris LLP, counsel for Plaintiff New York Bay Capital, LLC ("NYBAY") in this action. I submit this Declaration in support of NYBAY's Motion to Stay the FINRA Arbitration.

     2.    Attached as Exhibit 1 hereto is a true and correct copy of Advisory Contract entered into between NYBAY and Cobalt Holdings, Inc. ("Cobalt") on August 10, 2017.

     3.    Attached as Exhibit 2 hereto is a true and correct copy of the Statement of Claim filed before the FINRA Office of Dispute Resolution by Cobalt in its new name, Gignet, Inc. on or around January 27, 2020.

     4.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2020
New York, New York

                                                                                                             s/ Evangelos Michailidis
                                                                                                               Evangelos Michailidis