Robert I. Rabinowitz
rrabinowitz@beckerlawyers.com
Phone: (212) 599-3322  Fax: (212) 557-0295

Becker & Poliakoff, LLP
45 Broadway, 17th Floor
New York, New York 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2020

# MEMORANDUM ENDORSED

August 19, 2020

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re:   **New York Bay Capital, LLC v. Cobalt Holdings, Inc.**
      **Case No.: 19-cv-3618 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

This firm represents defendant Cobalt Holdings, Inc. ("Cobalt") in connection with the captioned matter. Cobalt respectfully submits this letter to request an adjournment of the upcoming status conference before the Court which is currently scheduled for next Wednesday, August 26, 2020 at 2:00 p.m., as well as an accompanying adjournment of the time to submit a status letter, which would have been due today, for approximately 30 days. The reason for this request is that the discovery deadline has been extended, and additional fact discovery is taking place through the extended deadline of August 26, 2020.

Plaintiff New York Bay Capital, LLC has indicated that it consents to this request.

We thank Your Honor for your consideration of this submission.

Very truly yours,

BECKER & POLIAKOFF, LLP
*Counsel for Defendant*

*/s/Robert I. Rabinowitz*
Robert I. Rabinowitz

---

Application granted. The status conference scheduled for August 26, 2020 is adjourned to September 28, 2020 at 4 p.m. The parties are directed to submit a joint status letter no later than September 21, 2020.

SO ORDERED.

Dated: August 19, 2020
New York, New York

GREGORY H. WOODS
United States District Judge