```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020
```

**Robert I. Rabinowitz**
rrabinowitz@beckerlawyers.com
Phone: (212) 599-3322 Fax: (212) 557-0295

**Becker & Poliakoff, LLP**
**45 Broadway, 17th Floor**
**New York, New York 10006**

# MEMORANDUM ENDORSED

August 20, 2020

<u>**VIA ECF**</u>
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

    Re:   <u>**New York Bay Capital, LLC v. Cobalt Holdings, Inc.**</u>
           **Case No.: 19-cv-3618 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

    This firm represents defendant Cobalt Holdings, Inc. ("Cobalt") in connection with the captioned matter. We are in receipt of Your Honor's Order setting a status conference for September 28, 2020. As September 28, 2020 is the Jewish high holy day of Yom Kippur, we will not be able to participate on that day, and respectfully request that Your Honor reschedule the conference for another date.

    We thank Your Honor for your consideration of this submission.

                                  Very truly yours,

                                  BECKER & POLIAKOFF, LLP
                                  *Counsel for Defendant*

                                  */s/Robert I. Rabinowitz*
                                  Robert I. Rabinowitz

---

Application granted. The status conference scheduled for September 28, 2020 is adjourned to October 6, 2020.  The parties' joint letter is due on September 29, 2020.

SO ORDERED.

Dated:  August 20, 2020
New York, New York

                                 _____
                                 GREGORY H. WOODS
                                 United States District Judge