USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                             :

NEW YORK BAY CAPITAL, LLC,          :

                                           :

                    Plaintiff,:

                                         :            1:19-cv-3618-GHW

              -against-           :             ORDER

                                         :

COBALT HOLDINGS, INC.,            :

                                         :

                    Defendant.:

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On October 23, 2020, the parties stated they consented to conducting trial remotely. Dkt.

No. 120. The Court assumes that the parties still wish to proceed remotely. Accordingly, the parties

are directed to identify the platform they wish to use at trial prior to the final pretrial conference

scheduled for May 18, 2021. Dkt. No. 121. Ms. Joseph is familiar with the web-based trial

platforms previously used by the Court and can assist the parties if that would be helpful.

      SO ORDERED.

Dated: May 11, 2021
New York, New York

                                     _____
                                       GREGORY H. WOODS
                                    United States District Judge