| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | |
| SOUTHERN DISTRICT OF NEW YORK | | |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
NEW YORK BAY CAPITAL, LLC,                                 :
                                                           :
                              Plaintiff,                   :
                                                           :        1:19-cv-3618-GHW
                -against-                                  :             ORDER
                                                           :
COBALT HOLDINGS, INC.,                                     :
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

A two-day bench trial in this case took place on June 14 and June 15, 2021. On June 23, 2021, the Court held a post-trial conference and delivered its findings of fact and conclusions of law, pursuant to Rule 52(a) of the Federal Rules of Civil Procedure. For the reasons stated on the record during that conference, the Court concluded that Plaintiff failed to prove its breach of contract and indemnification claims and found in favor of Defendant.

The Clerk of Court is directed to enter judgment in favor of Defendant, adjourn all deadlines, and close this case.

SO ORDERED.

Dated: June 28, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge