# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NEW YORK BAY CAPITAL, LLC,

                    Plaintiff,                    19 **CIVIL** 3618 (GHW)

           -against-                           **JUDGMENT**

COBALT HOLDINGS, INC.,

                    Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2021, judgment is entered in favor of Defendant, and this case is closed.

**Dated:** New York, New York
         June 29, 2021

                                                       **RUBY J. KRAJICK**
                                                           Clerk of Court
                                      **BY:**
                                                           **Deputy Clerk**